In the Matter of the Claim of DENNIS SHEEHAN, Respondent, against BOARD OF TRUSTEES OF VILLAGE OF SCHUYLERVILLE et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Argued May 31, 1939; decided June 21, 1939.

*Harold J. Hughes* and *J. Vanderbilt Straub* for appellants.
*Walter A. Fullerton* for claimant, respondent.

Appeal dismissed, without costs, on ground the matter is not a proper one for a stipulation for judgment absolute. No opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.